## DEEN *v.* DEEN.

RUSSELL, C. J. The evidence was sufficient to authorize the verdict of the jury, and the refusal of the motion for a new trial was not an abuse of discretion. *Judgment affirmed. All the Justices concur.*

No. 5371. JANUARY 12, 1927.

Libel for divorce. Before Judge Reed. Bacon superior court. February 27, 1926.

*C. A. Williams* and *E. H. Williams,* for plaintiff.

*Dickerson & Kelly, T. J. Townsend,* and *H. L. Causey,* for defendant.

---

New Trial, 29 Cyc. p. 824, n. 41; p. 1009, n. 54.